UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL BLACK, SR.,<br>　　　　　Plaintiff,<br>　　v.<br>JAMES MARCELO, et al.,<br>　　　　　Defendants. | Case No. CV 18-05064-RGK (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED with prejudice, and this action is dismissed.

DATE: January 21, 2020

　　　　　　　　　　　　　　　_/s/ Gary Klausner_____
　　　　　　　　　　　　　　　R. GARY KLAUSNER
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE